KEVIN K. CHOLAKIAN (S.B. #103423)
DAVID W. TATE (S.B. #129908)
CHOLAKIAN & ASSOCIATES
A Professional Corporation
400 Oyster Point Blvd., Ste. 415
South San Francisco, CA 94080
Telephone:  (650) 871-9544
Facsimile:    (650) 871-9552

Attorneys for Plaintiff Carolina Casualty Insurance Company

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Carolina Casualty Insurance Company<br><br>Plaintiff,<br><br>vs.<br><br>Oahu Air Conditioning Service, Inc. dba Oahu Air Conditioning Co., Pacific Commercial Services, LLC., Matson Navigation Company, Inc., and Does 1 through 100<br><br>Defendants, | Case No.: 13-CV-01378-WBS-AC<br><br>**ORDER GRANTING PLAINTIFF CAROLINA CASUALTY INSURANCE COMPANY'S *EX PARTE* APPLICATION TO RESCHEDULE THE RULE 16 SCHEDULING CONFERENCE** |

Based on Plaintiff Carolina Casualty Insurance Company's ex parte application to continue the Rule 16 Scheduling Conference, and good cause having been shown, the Court ORDERS that the Rule 16 Scheduling Conference in this case, currently set for November 12, 2013, is hereby VACATED and rest to January 21, 2014 at 2:00 pm.  A Joint Status Report shall be filed no later than January 7, 2014.

Dated:  November 6, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

236 242                                           - 1 –                                           13-cv-01378-WBS-AC
[PROPOSED] ORDER GRANTING EX PARTE APPLICATION TO RESCHEDULE THE SCHEDULING CONFERENCE