NOEL EDLIN, ESQ. (SBN 107796)
nedlin@behblaw.com
FARHEENA A. HABIB, ESQ. (SBN 243405)
fhabib@behblaw.com
Page C. Perry, ESQ. (SBN 246266)
pperry@behblaw.com
BASSI, EDLIN, HUIE & BLUM LLP
500 Washington Street, Suite 700
San Francisco, CA 94111
Telephone:    (415) 397-9006
Facsimile:    (415) 397-1339

Attorneys for Defendant
OAHU AIR CONDITIONING SERVICE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINA CASUALTY INSURANCE COMPANY,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>OAHU AIR CONDITIONING SERVICE, INC. dba OAHU AIR CONDITIONING CO., PACIFIC COMMERICAL SERVICES, LLC., MATSON NAVIGATION COMPANY, INC., and DOES 1 through 100,<br><br>　　　　Defendants. | Case No. 2:13-cv-01378-WBS-AC<br>Hon. William B. Shubb<br><br>**ORDER REGARDING STIPULATION BETWEEN OAHU AIR CONDITIONING SERVICE, INC. AND PACIFIC COMMERCIAL SERVICES, LLC TO EXTEND TIME TO FILE CROSS-CLAIMS**<br><br>First Amended Complaint Filed: November 1, 2013 |

818044

1

[PROPOSED] ORDER REGARDING OAHU AIR CONDITIONING SERVICE, INC. AND PACIFIC COMMERCIAL SERVICE, LLC'S STIPULATION TO EXTEND TIME TO FILE CROSS-CLAIMS

**ORDER**

The deadline for Defendants <u>OAHU AIR CONDITION SERVICE, INC.</u> and <u>PACIFIC COMMERICAL SERVICES, LLC</u> to file cross-claims is extended to March 11, 2014.

**IT IS SO ORDERED.**

**Dated:  February 11, 2014**

_[signature]_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE