NOEL EDLIN, ESQ. (SBN 107796)
nedlin@behblaw.com
FARHEENA A. HABIB, ESQ. (SBN 243405)
fhabib@behblaw.com
PAGE PERRY, ESQ. (SBN 246266)
pperry@behblaw.com
BASSI, EDLIN, HUIE & BLUM LLP
500 Washington Street, Suite 700
San Francisco, CA 94111
Telephone:   (415) 397-9006
Facsimile:   (415) 397-1339

Attorneys for Defendant
OAHU AIR CONDITIONING SERVICE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINA CASUALTY INSURANCE COMPANY, <br><br> Plaintiffs, <br><br> vs. <br><br> OAHU AIR CONDITIONING SERVICE, INC. dba OAHU AIR CONDITIONING CO., PACIFIC COMMERICAL SERVICES, LLC., MATSON NAVIGATION COMPANY, INC., and DOES 1 through 100, <br><br> Defendants. | Case No. 2:13-cv-01378-WBS-AC <br> Hon. William B. Shubb <br><br> **STIPULATION BETWEEN OAHU AIR CONDITIONING SERVICE, INC. AND PACIFIC COMMERCIAL SERVICES, LLC TO EXTEND TIME TO FILE CROSS-CLAIMS AND [PROPOSED] ORDER THERETO** <br><br> First Amended Complaint Filed: November 1, 2013 |

WHEREAS, the current deadline for Defendants OAHU AIR CONDITIONING SERVICE, INC. and PACIFIC COMMERCIAL SERVICES, LLC (collectively "the Parties") to file cross-claims in this action is March 11, 2014;

WHEREAS, the Parties are still meeting and conferring and require additional time to determine whether they intend to bring such cross-claims in this case, whether they will enter into a standstill agreement on the issue, and other issues therein;

817079

1

Stipulation between Oahu Air Conditioning Service, Inc. and Pacific Commercial Services, LLC To Extend Time To File Cross-Claims And [Proposed] Order Thereto

WHEREAS, the Parties have agreed to a 28-day extension of time, up to and including April 8, 2014, to file any cross-claims they may have against each other so they may continue to make their determinations in an effort to reduce the burden of any potential cross-claims on the Court and the Parties.

## **STIPULATION**

IT IS HEREBY STIPULATED, by the Parties herein, by and through their attorneys of record, as follows:

Pursuant to Local Rule 144(a), Defendants <u>OAHU AIR CONDITIONING SERVICE, INC.</u> and <u>PACIFIC COMMERCIAL SERVICES, LLC</u> hereby stipulate to extend the deadline for the Parties to file any applicable cross-claims an additional 28 days to <u>April 8, 2014</u>.

Date:   March 11, 2014        BASSI, EDLIN, HUIE & BLUM LLP


By: /s/ Farheena A. Habib

    FARHEENA A. HABIB
    Attorneys for Defendant
    OAHU AIR CONDITIONING SERVICE, INC

Date:   March 11, 2014        DONGELL LAWRENCE FINNEY, LLP


By: /s/ Christopher T. Johnson

    CHRISTOPHER T. JOHNSON
    Attorneys for Defendant
    PACIFIC COMMERCIAL SERVICES, LLC

817079

2

STIPULATION BETWEEN OAHU AIR CONDITIONING SERVICE, INC. AND PACIFIC COMMERCIAL SERVICES, LLC TO EXTEND TIME TO FILE CROSS-CLAIMS AND [PROPOSED} ORDER THERETO

## ORDER

The deadline for Defendants <u>OAHU AIR CONDITION SERVICE, INC.</u> and <u>PACIFIC COMMERICAL SERVICES, LLC</u> to file cross-claims is extended to April 8, 2014.

**IT IS SO ORDERED.**

Dated:  March 12, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

817079

3

STIPULATION BETWEEN OAHU AIR CONDITIONING SERVICE, INC. AND PACIFIC COMMERCIAL SERVICES, LLC TO EXTEND TIME TO FILE CROSS-CLAIMS AND [PROPOSED] ORDER THERETO