LORI J. GUALCO (Bar No. 95232)
GUALCO LAW
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
Tel:  (916) 930-0700
Fax:  (916) 930-0705

Attorney for Third Party Defendant
"DON SOZZI, AS TRUSTEE OF THE
JOYCE SOZZI TRUST"

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINA CASUALTY INSURANCE COMPANY,<br><br>                    Plaintiff,<br>      v.<br><br>OAHU AIR CONDITIONING SERVICE, INC. dba OAHU AIR CONDITIONING CO., PACIFIC COMMERCIAL SERVICES, LLC., MATSON NAVIGATION COMPANY, INC., and DOES 1 through 100,<br><br>                    Defendants. | Case No. 2:13-cv-01378-WBS-AC<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR THIRD PARTY DEFENDANT "DON SOZZI, AS TRUSTEE OF THE JOYCE SOZZI TRUST" TO RESPOND TO THIRD PARTY PLAINTIFF OAHU AIR CONDITIONING SERVICE, INC.'S THIRD PARTY COMPLAINT** |
| OAHU AIR CONDITIONING SERVICE, INC.<br><br>                    Third Party Plaintiff,<br>      v.<br><br>CLEAN HARBORS ENVIRONMENTAL SERVICES, INC., DON SOZZI, AS TRUSTEE OF THE JOYCE SOZZI TRUST, & SMITH SYSTEMS TRANSPORTATION, INC.<br><br>                    Third Party Defendants. | |

It is hereby stipulated by and between Third Party Plaintiff OAHU AIR CONDITIONING SERVICE, INC. ("Oahu") and Third Party Defendant "DON SOZZI, AS TRUSTEE OF THE JOYCE SOZZI TRUST" (erroneously named, as Don Sozzi is not a trustee

GUALCO LAW
400 Capitol Mall
Eleventh Floor
Sacramento, CA 95814

1

**STIPULATION AND ORDER EXTENDING TIME FOR "DON SOZZI, AS TRUSTEE OF THE JOYCE SOZZI TRUST" TO RESPOND TO OAHU AIR CONDITIONING SERVICE, INC.'S THIRD PARTY COMPLAINT**

of a Joyce Sozzi Trust) ("Sozzi") that an extension is granted to respond to the Third Party Complaint to, and including, April 21, 2014.  If service was appropriately effected on Joyce Sozzi for the above erroneously named Sozzi on March 10, 2014, which effective service is denied by Sozzi, the response date for Sozzi would be March 31, 2014 and a 21 day extension is being granted.  This is the first extension granted by Oahu to Sozzi.

      This Stipulation comports with Federal Rule of Civil Procedure 6 and Local Rule 144.

Dated:  March 26, 2014                     GUALCO LAW

By:    /s/ Lori J. Gualco
     LORI J. GUALCO
     Attorney for Third Party Defendant "DON SOZZI, AS TRUSTEE OF THE JOYCE SOZZI TRUST"

Dated:  March 26, 2014                     BASSI, EDLIN, HUIE & BLUM LLP

By:    /s/ Fahreena A. Habib (as auth. on 3/26/14)
     FAHREENA A. HABIB
     Attorneys for Defendant & Third Party Plaintiff OAHU AIR CONDITIONING SERVICE, INC.

## ORDER

      Pursuant to the above Stipulation between the parties, IT IS HEREBY ORDERED that the responsive pleading of Third Party Defendant DON SOZZI, as Trustee of the Joyce Sozzi Trust, is due on or before April 21, 2014.

Dated:  March 28, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

GUALCO LAW
400 Capitol Mall
Eleventh Floor
Sacramento, CA 95814

STIPULATION AND ORDER EXTENDING TIME FOR "DON SOZZI, AS TRUSTEE OF THE JOYCE SOZZI TRUST" TO RESPOND TO OAHU AIR CONDITIONING SERVICE, INC.'S THIRD PARTY COMPLAINT