Thomas M. Downey, State Bar No. 142096
tdowney@burnhambrown.com
David S. Wilgus, State Bar No. 219181
dwilgus@burnhambrown.com
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604

1901 Harrison Street, 14th Floor
Oakland, California 94612
Telephone: (510) 444-6800
Facsimile: (510) 835-6666

Attorneys for Defendant
CLEAN HARBORS ENVIRONMENTAL SERVICES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CAROLINA CASUALTY INSURANCE COMPANY,

Plaintiffs,

v.

OAHU AIR CONDITIONING SERVICE, INC. dba OAHU AIR CONDITIONING CO., PACIFIC COMMERCIAL SERVICES, LLC., MATSON NAVIGATION COMPANY, INC., and DOES 1 through 100,

Defendants.

---

OAHU AIR CONDITIONING SERVICE, INC.

Third Party Plaintiff,

v.

CLEAN HARBORS ENVIRONMENTAL SERVICES, INC., DON SOZZI, AS TRUSTEE OF THE JOYCE SOZZI TRUST, and SMITH SYSTEMS TRANSPORTATION, INC.

Third Party Defendants

No. 2:13-cv-01378-WBS-AC

**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME TO RESPOND TO THIRD PARTY COMPLAINT [L.R. 144(a)]**

1st Am. Complaint Filed: Nov. 1, 2013
Trial Date: Not Set

Pursuant to Civil Local Rule 144(a), Third Party Defendant CLEAN HARBORS ENVIRONMENTAL SERVICES, INC. ("Clean Harbors"), and Defendant and Third Party Plaintiff OAHU AIR CONDITIONING SERVICE, INC., ("Oahu Air") by and through their undersigned attorneys in the above-captioned civil proceeding, hereby file this Stipulation And [Proposed] Order To Extend Time for Clean Harbors to Respond to the Third Party Complaint filed by Oahu Air to April 21, 2014.

The original date for Clean Harbors to respond to the Complaint, including answer or otherwise plead, was March 28, 2014.

WHEREFORE, the parties have stipulated to an extension of time, through and including April 21, 2014, for Clean Harbors to respond to the Third Party Complaint filed by Oahu Air, including answer or otherwise plead. This is Clean Harbors' first extension and it does not exceed thirty (30) days.

The parties stipulate to extend time without prejudice to their right to challenge this court's jurisdiction or venue.

Counsel for Defendant and Third Party Plaintiff Oahu Air's counsel has authorized the filing of this Stipulation with an electronic signature.

DATED: April 3, 2014 BURNHAM BROWN

By *_/s/ Thomas M. Downey_*
THOMAS M. DOWNEY
Attorneys for Defendant
CLEAN HARBORS ENVIRONMENTAL SERVICES, INC.

DATED: April 3, 2014 BASSI, EDLIN, HUIE & BLUM LLP

By *_s/ Farheena A. Habib "as authorized"_*
FARHEENA A. HABIB
Attorneys for Defendant and Third Part Plaintiff
OAHU AIR CONDITIONING SERVICE, INC.

**ORDER**

Pursuant to the above Stipulation between the parties, IT IS HEREBY ORDERED that the responsive pleading of Third Party Defendant CLEAN HARBORS ENVIRONMENTAL SERVICES, INC., is due on or before April 21, 2014.

Dated: April 4, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

4821-0674-3578, v. 1