Marilyn Raia, SBN 072320
Ronald L. Richman SBN 139189
E-Mail: marilyn.raia@bullivant.com
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Matson Navigation Company Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CAROLINA CASUALTY INSURANCE COMPANY,

Plaintiff,

vs.

OAHU AIR CONDITIONING SERVICE, INC. DBA OAHU AIR CONDITIONING CO.; PACIFIC COMMERCIAL SERVICES, LLC; MATSON NAVIGATION COMPANY INC. and Does 1 through 100,

Defendants.

Case No.: 2:13-CV-01378-WBS-AC

**STIPULATION AND (~~PROPOSED~~) ORDER RE DISMISSAL WITHOUT PREJUDICE**

It is hereby stipulated and agreed between plaintiff Carolina Casualty Insurance Company and defendant Matson Navigation Company, Inc. that this action shall be dismissed without prejudice as to defendant Matson Navigation Company, Inc. each party to bear its own costs and attorneys' fees. It is further stipulated that any statutes of limitation accruing after the date the original complaint was filed are waived.

DATED: May 23, 2014

CHOLAKIAN & ASSOCIATES

By *_/s/ David Tate_*
David Tate
Attorneys for Carolina Casualty Insurance Company

DATED: May 23, 2014

BULLIVANT HOUSER BAILEY PC

By *_/s/ Marilyn Raia_*
Marilyn Raia
Ronald L. Richman
Attorneys for Matson Navigation Company Inc.

SO ORDERED.

Dated: May 28, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

14521766.1