UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| CAROLINA CASUALTY INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>   v.<br><br>OAHU AIR CONDITIONING SERVICE, INC. dba OAHU AIR CONDITIONING CO., PACIFIC COMMERICAL SERVICES, LLC., MATSON NAVIGATION COMPANY, INC., and DOES 1 through 100,<br><br>        Defendants. | CIV. NO. 2:13-01378 WBS AC<br><br>ORDER |
| AND RELATED THIRD-PARTY AND COUNTER CLAIMS. | |

----oo0oo----

        Defendant and third-party plaintiff Oahu Air Conditioning Service, Inc. ("OAC") seeks leave of court to amend its third-party complaint to name additional third-party defendants. Plaintiff filed a statement of non-opposition to

1

1  OAC's motion to amend, (Docket No. 131), and none of the
2  remaining parties in this matter opposed the motion, (see Oahu's
3  Mot. at 2:22-23 (Docket No. 123) ("OAC understands that none of
4  the current parties in the litigation oppose OAC's motion
5  to amend its third-party complaint.").
6         Having read OAC's brief and in light of the absence of
7  any opposition to its motion, the court concludes that oral
8  argument is unnecessary.  The court will therefore vacate the
9  hearing set for May 4, 2015 and take the matter under submission
10 pursuant to Eastern District Local Rule 230(g).
11        OAC represents that it now seeks leave to amend because
12 its discovery and investigation has identified other generators
13 that allegedly caused or contributed to the environmental
14 contamination giving rise to plaintiff's response costs.  Because
15 nothing suggests that OAC was not diligent in seeking leave to
16 amend and the trial is not set to commence until one year from
17 now, the court finds good cause under Fed. R. Civ. P. 16(b) to
18 grant OAC's unopposed motion to amend its third-party complaint.
19 See Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 607-08
20 (9th Cir. 1992).
21        IT IS THEREFORE ORDERED that OAC's motion for leave to
22 file an amended third-party complaint be, and the same hereby is,
23 GRANTED.  OAC shall file its amended third-party complaint within
24 three days of the date of this Order.
25 Dated:  April 27, 2015

                                    _____
                                    WILLIAM B. SHUBB
                                    UNITED STATES DISTRICT JUDGE

2