NOEL EDLIN, ESQ. (SBN 107796)
nedlin@behblaw.com
FARHEENA A. HABIB, ESQ. (SBN 243405)
fhabib@behblaw.com
BASSI, EDLIN, HUIE & BLUM LLP
500 Washington Street, Suite 700
San Francisco, CA 94111
Telephone:    (415) 397-9006
Facsimile:    (415) 397-1339

Attorneys for Defendant
OAHU AIR CONDITIONING SERVICE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINA CASUALTY INSURANCE COMPANY,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>OAHU AIR CONDITIONING SERVICE, INC. dba OAHU AIR CONDITIONING CO., PACIFIC COMMERICAL SERVICES, LLC., MATSON NAVIGATION COMPANY, INC., and DOES 1 through 100,<br><br>　　　　Defendants.<br><br>OAHU AIR CONDITIONING SERVICE, INC.<br><br>　　　　Third-Party Plaintiff,<br><br>　　vs.<br><br>CLEAN HARBORS ENVIRONMENTAL SERVICES, INC., SMITH SYSTEMS TRANSPORTATION, INC., KAISER PERMANENTE VENTURES, LLC, GOOGLE, INC., FOOTHILL-DE ANZA COMMUNITY COLLEGE DISTRICT, TEST AMERICA LABORATORIES, INC., & NEKTAR THERAPEUTICS<br><br>　　　　Third-Party Defendants. | Case No. 2:13-cv-01378-WBS-AC<br><br>**ORDER GRANTING OAHU AIR CONDITIONING SERVICE INC.'S *EX PARTE* APPLICATION FOR AN ORDER MODIFYING THE MARCH 18, 2015, STATUS (PRETRIAL SCHEDULING) ORDER, AND FOR CONTINUANCE OF THE TRIAL DATE AND ALL OTHER DEADLINES** |

1  There being no opposition, and all parties having agreed to the *ex parte* application of
2  Oahu Air Conditioning Service, Inc. for modification of the March 18, 2015, Order Modifying
3  Status (Pretrial Scheduling) Order and continuance of the trial date and all other deadlines having
4  been submitted to the Court and served upon the parties, and UPON GOOD CAUSE
5  SHOWING, IT IS ORDERED, ADJUDGED and DECREED as follows:
6  The Court Orders that the March 18, 2015, Order Modifying Status (Pretrial Scheduling)
7  Order is modified as follows:

1. The parties are required to disclose experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) by no later than March 2, 2016, and with regard to expert testimony intended solely for rebuttal on or before April 10, 2016.
2. All discovery including depositions for preservation of testimony is to be completed by April 30, 2016, and all discovery motions heard (and any resulting orders obeyed) not later than April 30, 2016.
3. All motions, except motions for continuances, temporary restraining orders, or other emergency applications, are to be filed on or before June 3, 2016.
4. The Final Pretrial Conference is set for **August 15, 2016 at 2:00 p.m.**
5. The Jury Trial is set for **October 12, 2016 at 9:00 a.m**., with an estimated ten day trial.

Dated:  May 29, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1305189

2

[PROPOSED] ORDER GRANTING OAHU AIR CONDITIONING SERVICE, INC.'S *EX PARTE* APPLICATION