1  BRIAN M. LEDGER  (SBN: 156942)
   GORDON & REES LLP
2  101 W. Broadway, Suite 2000
   San Diego, CA 92101
3  Telephone:  (619) 696-6700
   Facsimile:  (619) 696-7124
4
   Attorneys for Third-Party Defendant
5  TEST AMERICA LABORATORIES, INC.

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11 | CAROLINA CASUALTY INSURANCE        ) CASE NO. 2:13-cv-01378-WBS-AC
   | COMPANY,                            )
12 |                                     ) **ORDER TO EXTEND TIME FOR**
   |                   Plaintiff,        ) **TEST AMERICA**
13 |                                     ) **LABORATORIES, INC. TO**
   |        vs.                          ) **RESPOND TO OAHU AIR**
14 |                                     ) **CONDITIONING SERVICE,**
   | OAHU AIR CONDITIONING SERVICE, INC. dba ) **INC.'S FIRST AMENDED THIRD-**
15 | OAHU AIR CONDITIONING CO., PACIFIC  ) **PARTY COMPLAINT**
   | COMMERCIAL SERVICES, LLC, MATSON    )
16 | NAVIGATION COMPANY, INC., and DOES 1 )
   | through 100,                        )
17 |                                     )
   |                   Defendants.       )
18 |                                     )
   | OAHU AIR CONDITIONING SERVICE, INC., ) 3rd Party Complaint Filed: 2/25/2014
19 |                                     ) 1st Amended 3rd Party Complaint
   |             Third-Party Plaintiff,  ) Filed: April 28, 2015
20 |                                     )
   |        vs.                          ) Trial Date: 4/12/2016
21 |                                     )
   | CLEAN HARBORS ENVIRONMENTAL         )
22 | SERVICES, INC., SMITH SYSTEMS       )
   | TRANSPORTATION, INC., KAISER        )
23 | PERMANENTE VENTURES, LLC, GOOGLE,   )
   | INC., FOOTHILL-DE ANZA COMMUNITY    )
24 | COLLEGE DISTRICT, TEST AMERICA      )
   | LABORATORIES, INC., & NEKTAR        )
25 | THERAPEUTICS,                       )
   |                                     )
26 |                   Third-Party Defendants )
27 |                                     )
28 |                                     )

Gordon & Rees LLP
101 W. Broadway Suite 2000
San Diego, CA 92101

**ORDER**

Having reviewed the Stipulation of Extension of Time for TEST AMERICA LABORATORIES, INC. to Respond to OAHU Air Conditioning Service, Inc.'s First Amended Third-Party Complaint, and finding good cause, IT IS ORDERED that Third-Party Defendant TEST AMERICA LABORATORIES, INC. shall have through and including July 1, 2015 to respond to OAHU Air Conditioning Services, Inc.'s First Amended Third-Party Complaint in the above-captioned action.

IT IS ORDERED.

Dated:  June 4, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE