1  SANDI L. NICHOLS (BAR NO. 100403)
   KAMRAN JAVANDEL (BAR NO. 272900)
2  ALLEN MATKINS LECK GAMBLE
     MALLORY & NATSIS LLP
3  Three Embarcadero Center, 12th Floor
   San Francisco, CA  94111-4074
4  Phone:  (415) 837-1515
   Fax:      (415) 837-1516
5  E-Mail:  snichols@allenmatkins.com
              kjavandel@allenmatkins.com
6

7  Attorneys for Third-Party Defendant
   GOOGLE INC.
8

9              UNITED STATES DISTRICT COURT

10              EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINA CASUALTY INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>     vs.<br><br>OAHU AIR CONDITIONING SERVICE, INC. dba OAHU AIR CONDITIONING CO., PACIFIC COMMERCIAL SERVICES, LLC, MATSON NAVIGATION COMPANY, INC., and DOES 1 through 100,<br><br>            Defendants. | Case No. 2:13-cv-01378-WBS-AC<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION FOR GOOGLE INC. AND KAISER PERMANENTE VENTURES LLC TO MAKE FRCP RULE 26(a)(1) INITIAL DISCLOSURES**<br><br>1st Am. Complaint Filed: November 1, 2013<br>1st Am. Third Party Comp. Filed: April 28, 2015<br>Trial Date:  October 12, 2016 |
| OAHU AIR CONDITIONING SERVICE, INC.,<br><br>            Third-Party Plaintiff,<br><br>     vs.<br><br>CLEAN HARBORS ENVIRONMENTAL SERVICES, INC., SMITH SYSTEMS TRANSPORTATION, INC., KAISER PERMANENTE VENTURES, LLC, GOOGLE, INC., FOOTHILL-DE ANZA COMMUNITY COLLEGE DISTRICT, TEST AMERICA LABORATORIES, INC., & NEKTAR THERAPEUTICS,<br><br>            Third-Party Defendants. | |

Pursuant to Federal Rule of Civil Procedure, Rule 26(f) and Local Rule 143, Plaintiff Carolina Casualty Insurance Company, Third Party Plaintiff Oahu Air Conditioning Service, Inc. dba Oahu Air Conditioning Co. ("Oahu"), Defendant Pacific Commercial Services, LLC, and Third Party Defendants Clean Harbors Environmental Services, Inc., Smith Systems Transportation, Inc., Google Inc. ("Google"), Kaiser Permanente Ventures, LLC ("Kaiser"),[1] Foothill-De Anza Community College District ("Foothill"), and Test America Laboratories, Inc. ("Test America") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree and seek a court order as follows:

**RECITALS**

WHEREAS the Complaint in this Action was filed on July 8, 2013 and a First Amended Complaint was filed on November 1, 2013;

WHEREAS Oahu filed a Third Party Complaint in the Action on February 25, 2014 which did not name either Kaiser or Google as Third Party Defendants;

WHEREAS the Court conducted a Status (Pretrial Scheduling) Conference on March 31, 2014 and subsequently issued a Status (Pretrial Scheduling) Order on April 3, 2014 (the "April 3 Status Order") [Dkt. No. 47], which set the date for Federal Rule of Civil Procedure 26(a)(1) Initial Disclosures as May 2, 2014, and set the trial date in this Action for January 12, 2016;

WHEREAS the Court subsequently modified the April 3 Status Order on March 18, 2015 [Dkt. No. 121] and, most recently, entered an Order Granting Oahu's Ex Parte Application for an Order Modifying the March 18, 2015 Status (Pretrial Scheduling) Order, and for Continuance of the Trial Date and All Other Deadlines [Dkt. No. 146], and the new trial date is now October 12, 2016;

---

[1] Kaiser Permanente Ventures, LLC is not the correct defendant based on the acts and/or omissions stated in the Third Party Complaint, and is not intending to waive any rights, remedies or defenses with respect to whether it is a proper party by this stipulation for an extension of time to respond.

    WHEREAS pursuant to motion by Oahu, the Court entered an order granting Oahu the right to file an amended Third Party Complaint to name additional parties, including Google and Kaiser [Dkt. No. 132];

    WHEREAS Oahu filed its First Amended Third Party Complaint on April 28, 2015;

    WHEREAS Oahu served Google and Kaiser, respectively, with the First Amended Third Party Complaint on May 13, 2015;

    WHEREAS Oahu has stipulated to an extension of time to and including July 1, 2015, within which Google and Kaiser, respectively, may have to plead or otherwise respond to the First Amended Third Party Complaint and said Stipulations were filed with the Court [Dkt. Nos. 144 and 147];

    WHEREAS the Federal Rules of Civil Procedure, Rule 26(a)(1)(D) require that parties joined after the Rule 26(f) conference must make their initial disclosures within 30 days after being served or joined, unless a different time is set by stipulation or court order, which would require Google and Kaiser, respectively, to serve their Rule 26(a)(1) disclosures by Friday, June 12, 2015, absent stipulation or order, prior to the due date for their respective responsive pleadings;

    WHEREAS the Parties understand and agree that sufficient time should be allowed for Google and Kaiser to investigate the facts, issues, claims, documents and witnesses regarding the alleged July 11, 2011 incident; to review the two years of pleadings already filed in the case and the discovery already undertaken by and between other parties; to undertake other preliminary steps in connection with the defense of the claims against them and to file responsive pleadings, which could include motions to dismiss and/or strike some or all of the claims against each of them in the First Amended Third Party Complaint, and that said efforts should be allowed to be undertaken and said motion(s) should be heard before either party is required to serve Rule 26(a)(1) Initial Disclosures;

    WHEREAS Google and Kaiser have requested a 90-day extension of time, to and including September 10, 2015, by which to serve each of their respective Rule 26(a)(1) Initial

1 | Disclosures in this Action and the Parties agree that such extension is reasonable and appropriate
2 | under the circumstances; and
3 |     WHEREAS Google and Kaiser would be prejudiced absent the requested extension, but no
4 | other party will be prejudiced if it is granted.
5 |     NOW THEREFORE, the Parties, and each of them, enter into the following Stipulation.

## **STIPULATION**

1. The Recitals are hereby incorporated by reference in this Stipulation.

2. The Parties hereby stipulate and agree to an extension of 90 days, to and including September 10, 2015, by which Google and Kaiser, respectively, shall serve their Federal Rule of Civil Procedure Rule 26(a)(1) Initial Disclosures in this Action.

Dated: June 9, 2015                          CHOLAKIAN & ASSOCIATES

By: */s/ Kevin K. Cholakian*
    (as authorized on June 9, 2015)

KEVIN K. CHOLAKIAN
BRIAN J. FINN
JAMES J. ISON
Attorneys for Plaintiff CAROLINA
CASUALTY INSURANCE COMPANY
And Third Party Defendant SMITH
SYSTEMS AND TRANSPORTATION,
INC.

Dated: June 8, 2015                          DONGELL LAWRENCE FINNY LLP

By: /s/*Christopher T. Johnson*
    (as authorized on June 8, 2015)

JOSHUA N. LEVINE
CHRISTOPHER T. JOHNSON
Attorneys for Defendant and Third-Party
Plaintiff PACIFIC COMMERCIAL
SERVICES LLC

```
 1 | Dated:  June 8, 2015                          BASSI EDLIN HUIE & BLUM LLP
 2 |
 3 |
 4 |                                               By: /s/ Noel Edlin
   |                                                   (as authorized on June 8, 2015)
 5 |                                                   NOEL EDLIN
   |                                                   FARHEENA A. HABIB
 6 |                                                   Attorneys for Defendant and Third-Party
   |                                                   Complainant OAHU AIR CONDITIONING
 7 |                                                   SERVICE, INC. dba OAHU AIR
   |                                                   CONDITIONING CO
 8 |
 9 | Dated:  June 9, 2015                          BURNHAM BROWN
10 |
11 |
12 |                                               By: /s/ Thomas Michael Downey
   |                                                   (as authorized on June 9, 2015)
13 |                                                   ALISON F. GREEN
   |                                                   THOMAS MICHAEL DOWNEY
14 |                                                   Attorneys for Third-Party Defendant
   |                                                   CLEAN HARBORS ENVIRONMENTAL
15 |                                                   SERVICES, INC.
```

| | | |
|---|---|---|
| 1 | Dated: June 8, 2015 | WACTOR & WICK LLP |
| 2 | | |
| 3 | | |
| 4 | | By: */s/ William D. Wick* |
| | | (as authorized on June 8, 2015) |
| 5 | | WILLIAM D. WICK |
| | | ANNA L. NGUYEN |
| 6 | | Attorneys for Third-Party Defendant |
| | | KAISER PERMANENT VENTURES, LLC |

Dated: June 9, 2015        LYNCH AND SHUPE, LLP

By: */s/ Eric Shiu*
   (as authorized on June 9, 2015)
   LINDA J. LYNCH
   JOHN A. SHUPE
   ERIC SHIU
   Attorneys for Third-Party Defendant
   FOOTHILL DE ANZA COMMUNITY
   COLLEGE DISTRICT

Dated: June 8, 2015        GORDON & REES LLP

By: /s/ *Brian M. Ledger*
   (as authorized on June 8, 2015)
   BRIAN M. LEDGER
   Attorneys for Third-Party Defendant
   TEST AMERICA LABORATORIES, INC.

Dated: June 9, 2015        ALLEN MATKINS LECK GAMBLE
                           MALLORY & NATSIS LLP

By: */s/ Sandi L. Nichols*
   SANDI L. NICHOLS
   KAMRAN JAVANDEL
   Attorneys for Third-Party Defendant
   GOOGLE INC.

-6-
STIP. AND [PROPOSED] ORDER FOR EXTENSION FOR RULE 26(a) DISCLOSURES

966725.03/SF

1  **IT IS SO ORDERED.**

2  **Dated:  June 11, 2015**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIP. AND [PROPOSED] ORDER FOR EXTENSION FOR RULE 26(a) DISCLOSURES

966725.03/SF