Linda J. Lynch, Esq., SBN: 88811
John A. Shupe, Esq., SBN: 87716
Eric K. Shiu, Esq., SBN: 156167
LYNCH AND SHUPE, LLP
700 Airport Blvd., Suite 410
Burlingame, CA  94010
Telephone: (650) 579-5950
Facsimile: (650) 579-0300

Attorneys for Third-Party Defendant FOOTHILL DE ANZA COMMUNITY COLLEGE
DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINA CASUALTY INSURANCE COMPANY; | CASE NO:  2:13-cv-01378-WBS-AC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR EXTENSION FOR FOOTHILL - DE ANZA COMMUNITY COLLEGE DISTRICT TO MAKE FRCP RULE 26(a)(1) INITIAL DISCLOSURES** |
| v. | |
| OAHU AIR CONDITIONING SERVICE, INC. dba OAHU AIR CONDITIONING CO., PACIFIC COMMERCIAL SERVICES, LLC., MATSON NAVIGATION COMPANY., and DOES 1 through 100. | |
| Defendants. | |
| OAHU AIR CONDITIONING SERVICE, INC. | |
| Third Party Plaintiff, | |
| v. | 3rd Party Complaint Filed: 02/25/2014 |
| CLEAN HARBORS ENVIRONMENTAL SERVICES, INC., SMITH SYSTEMS TRANSPORTATION, INC., KAISER PERMANENTE VENTURES, LLC, GOOGLE, INC., FOOTHILL-DE ANZA COMMUNITY COLLEGE DISTRICT, TEST AMERICA LABORATORIES, INC., & NEKTAR THERAPEUTICS | 1st Amended 3rd Party Complaint Filed: 04/28/2015 |
| | Trial Date: 10/12/2016 |
| Third-Party Defendants | |

Pursuant to Federal Rule of Civil Procedure, Rule 26(f) and Local Rule 143, Plaintiff Carolina Casualty Insurance Company, Third Party Plaintiff Oahu Air Conditioning Service, Inc. dba Oahu Air Conditioning Co. ("Oahu"), Defendant Pacific Commercial Services, LLC, and Third Party Defendants Clean Harbors Environmental Services, Inc., Smith Systems Transportation, Inc., Google Inc. ("Google"), Kaiser Permanente Ventures, LLC ("Kaiser"),[1] Foothill-De Anza Community College District ("Foothill"), and Test America Laboratories, Inc. ("Test America") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree and seek a court order as follows:

### RECITALS

WHEREAS the Complaint in this Action was filed on July 8, 2013 and a First Amended Complaint was filed on November 1, 2013;

WHEREAS Oahu filed a Third Party Complaint in the Action on February 25, 2014;

WHEREAS the Court conducted a Status (Pretrial Scheduling) Conference on March 31, 2014 and subsequently issued a Status (Pretrial Scheduling) Order on April 3, 2014  (the "April 3 Status Order") [Dkt. No. 47], which set the date for Federal Rule of Civil Procedure 26(a)(1) Initial Disclosures as May 2, 2014, and set the trial date in this Action for January 12, 2016;

WHEREAS the Court subsequently modified the April 3 Status Order on March 18, 2015 [Dkt. No. 121] and, most recently, entered an Order Granting Oahu's Ex Parte Application for an Order Modifying the March 18, 2015 Status (Pretrial Scheduling) Order, and for Continuance of the Trial Date and All Other Deadlines [Dkt. No. 146], and the new trial date is now October 12, 2016;

---

[1].      Kaiser Permanente Ventures, LLC asserts that it is not the correct defendant based on the acts and/or omissions stated in the Third Party Complaint, and is not intending to waive any rights, remedies or defenses with respect to whether it is a proper party by this stipulation for an extension of time to respond.

WHEREAS Oahu filed a First Amended Third Party Complaint on April 28, 2015;

WHEREAS, Foothill was served with the First Amended Third Party Complaint on May 13, 2015 and filed a Motion to Dismiss on June 3, 2015 [Dkt. No. 151], which is currently scheduled to be heard on July 13, 2015;

WHEREAS the Federal Rules of Civil Procedure, Rule 26(a)(1)(D) require that parties joined after the Rule 26(f) conference must make their initial disclosures within 30 days after being served or joined, unless a different time is set by stipulation or court order, which would require Foothill to serve its Rule 26(a)(1) disclosures by Friday, June 12, 2015, absent stipulation or order;

WHEREAS the Parties understand and agree that sufficient time should be allowed for the Court to consider Foothill's Motion to Dismiss and for Foothill to investigate the facts, issues, claims, documents and witnesses regarding the alleged July 11, 2011 incident; to review the two years of pleadings already filed in the case and the discovery already undertaken by and between other parties; to undertake other preliminary steps in connection with the defense of the claims against Foothill and that said efforts should be allowed to be undertaken before Foothill is required to serve Rule 26(a)(1) Initial Disclosures;

WHEREAS Foothill has requested a 90-day extension of time, to and including September 10, 2015, by which to serve its Rule 26(a)(1) Initial Disclosures in this Action and the Parties agree that such extension is reasonable and appropriate under the circumstances; and

WHEREAS Foothill would be prejudiced absent the requested extension, but no other party will be prejudiced if it is granted.

NOW THEREFORE, the Parties, and each of them, enter into the following Stipulation.

## STIPULATION

1.      The Recitals are hereby incorporated by reference in this Stipulation.

2.      The Parties hereby stipulate and agree to an extension of 90 days, to and including

September 10, 2015, by which Foothill shall serve its Federal Rule of Civil Procedure Rule 26(a)(1)

Initial Disclosures in this Action.

Dated: June 10, 2015                     **CHOLAKIAN & ASSOCIATES**

                                              /s/ Kevin Cholakian
                                        By:   _____
                                              KEVIN K. CHOLAKIAN
                                        BRIAN J. FINN
                                        JAMES J. ISON
                                        Attorneys for Plaintiff CAROLINA
                                        CASUALTY INSURANCE COMPANY And
                                        Third Party Defendant SMITH SYSTEMS
                                        AND TRANSPORTATION, INC.

Dated: June 9, 2015                      **DONGELL LAWRENCE FINNY LLP**

                                              /s/ Christopher Johnson
                                        By:   _____
                                              JOSHUA N. LEVINE
                                              CHRISTOPHER T. JOHNSON
                                              Attorneys for Defendant and Third-Party
                                        Plaintiff PACIFIC COMMERCIAL SERVICES
                                        LLC

Dated: June 9, 2015                      **BASSI EDLIN HUIE & BLUM LLP**

                                              /s/ Farheena Habib
                                        By:   _____
                                              FARHEENA A. HABIB
                                              Attorneys for Defendant and Third-Party
                                        Complainant OAHU AIR CONDITIONING
                                        SERVICE, INC. dba OAHU AIR
                                        CONDITIONING CO

Dated: June 11, 2015                     **BURNHAM BROWN**

                                              /s/ Thomas Michael Downey

By: _____
　　ALISON F. GREEN
　　THOMAS MICHAEL DOWNEY
　　Attorneys for Third-Party Defendant
　　CLEAN HARBORS
ENVIRONMENTAL SERVICES, INC.

Dated: June 9, 2015                    **WACTOR & WICK LLP**

                                       /s/ William Wick
                                 By:   _____
                                       WILLIAM D. WICK
                                       ANNA L. NGUYEN
                                       Attorneys for Third-Party Defendant
                                       KAISER PERMANENT VENTURES,
                                 LLC

Dated: June 9, 2015                    **LYNCH AND SHUPE, LLP**

                                       /s/ Eric Shiu
                                 By:   _____
                                       LINDA J. LYNCH
                                       JOHN A. SHUPE
                                       ERIC SHIU
                                       Attorneys for Third-Party Defendant
                                       FOOTHILL DE ANZA COMMUNITY
                                 COLLEGE DISTRICT

Dated: June 9, 2015                    **GORDON & REES LLP**

                                       /s/ Brian Ledger
                                 By:   _____
                                       BRIAN M. LEDGER
                                       Attorneys for Third-Party Defendant
                                       TEST AMERICA LABORATORIES,
                                 INC.

Dated: June 9, 2015                    **ALLEN MATKINS LECK GAMBLE
                                       MALLORY & NATSIS LLP**

                                       /s/ Kamran Javandel
                                 By:   _____
                                       SANDI L. NICHOLS
                                       KAMRAN JAVANDEL
                                       Attorneys for Third-Party Defendant
                                       GOOGLE INC.

                        **IT IS SO ORDERED**

Dated:  June 15, 2015

                                 _____
                                 WILLIAM B. SHUBB
                                 UNITED STATES DISTRICT JUDGE