1  BRIAN M. LEDGER  (SBN:  156942)
   Email: bledger@gordonrees.com
2  GORDON & REES LLP
   101 W. Broadway, Suite 2000
3  San Diego, CA 92101
   Telephone:  (619) 696-6700
4  Facsimile:  (619) 696-7124

5  Attorneys for Third-Party Defendant
   TEST AMERICA LABORATORIES, INC.
6

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CAROLINA CASUALTY INSURANCE COMPANY, | CASE NO. 2:13-cv-01378-WBS-AC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR EXTENSION FOR TEST AMERICA LABORATORIES, INC. TO MAKE FRCP RULE 26(a)(1) INITIAL DISCLOSURES** |
| vs. | |
| OAHU AIR CONDITIONING SERVICE, INC. dba OAHU AIR CONDITIONING CO., PACIFIC COMMERCIAL SERVICES, LLC, MATSON NAVIGATION COMPANY, INC., and DOES 1 through 100, | |
| Defendants. | |
| OAHU AIR CONDITIONING SERVICE, INC., | 3rd Party Complaint Filed: 2/25/2014 |
| Third-Party Plaintiff, | 1st Amended 3rd Party Complaint Filed: April 28, 2015 |
| vs. | Trial Date: 4/12/2016 |
| CLEAN HARBORS ENVIRONMENTAL SERVICES, INC., SMITH SYSTEMS TRANSPORTATION, INC., KAISER PERMANENTE VENTURES, LLC, GOOGLE, INC., FOOTHILL-DE ANZA COMMUNITY COLLEGE DISTRICT, TEST AMERICA LABORATORIES, INC., & NEKTAR THERAPEUTICS, | |
| Third-Party Defendants | |

-1-

Stipulation and Proposed Order for Extension to Make FRCP Rule 26(a)(1) to Initial Disclosures
Case No.: 2:13-cv-01378-WBS-AC

Pursuant to Federal Rule of Civil Procedure, Rule 26(f) and Local Rule 143, Plaintiff Carolina Casualty Insurance Company, Third Party Plaintiff Oahu Air Conditioning Service, Inc. dba Oahu Air Conditioning Co. ("Oahu"), Defendant Pacific Commercial Services, LLC, and Third Party Defendants Clean Harbors Environmental Services, Inc., Smith Systems Transportation, Inc., Kaiser Permanente Ventures, LLC,[1] Google Inc., Foothill-De Anza Community College District, and Test America Laboratories, Inc. ("TEST AMERICA") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree and seek a court order as follows:

## RECITALS

WHEREAS the Complaint in this Action was filed on July 8, 2013 and a First Amended Complaint was filed on November 1, 2013;

WHEREAS Oahu filed a Third Party Complaint in the Action on February 25, 2014 which did not name Test America as a Third Party Defendants;

WHEREAS the Court conducted a Status (Pretrial Scheduling) Conference on March 31, 2014 and subsequently issued a Status (Pretrial Scheduling) Order on April 3, 2014 (the "April 3 Status Order") [Dkt. No. 47], which set the date for Federal Rule of Civil Procedure 26(a)(1) Initial Disclosures as May 2, 2014, and set the trial date in this Action for January 12, 2016;

WHEREAS the Court subsequently modified the April 3 Status Order on March 18, 2015 [Dkt. No. 121] and, most recently, entered an Order Granting Oahu's Ex Parte Application for an Order Modifying the March 18, 2015 Status (Pretrial Scheduling) Order, and for Continuance of the Trial Date and All Other Deadlines [Dkt. No. 146], and the new trial date is now October 12, 2016;

WHEREAS pursuant to motion by Oahu, the Court entered an order granting Oahu the right to file an amended Third Party Complaint to name additional parties, including TEST AMERICA [Dkt. No. 132];

WHEREAS Oahu filed its First Amended Third Party Complaint on April 28, 2015;

---

[1] Kaiser Permanente Ventures, LLC asserts it is not the correct defendant based on the acts and/or omissions stated in the Third Party Complaint, and is not intending to waive any rights, remedies or defenses with respect to whether it is a proper party by this stipulation for an extension of time to respond.

-2-

Stipulation and Proposed Order for Extension to Make FRCP Rule 26(a)(1) to Initial Disclosures
Case No.: 2:13-cv-01378-WBS-AC

Gordon & Rees LLP
101 W. Broadway Suite 2000
San Diego, CA 92101

1  WHEREAS Oahu served TEST AMERICA, respectively, with the First Amended Third
2  Party Complaint on May 13, 2015;

3  WHEREAS Oahu has stipulated to an extension of time to and including July 1, 2015,
4  within which TEST AMERICA, respectively, may have to plead or otherwise respond to the
5  First Amended Third Party Complaint and said Stipulations were filed with the Court [Dkt. Nos.
6  144 and 147];

7  WHEREAS the Federal Rules of Civil Procedure, Rule 26(a)(1)(D) require that parties
8  joined after the Rule 26(f) conference must make their initial disclosures within 30 days after
9  being served or joined, unless a different time is set by stipulation or court order, which would
10 require TEST AMERICA, respectively, to serve their Rule 26(a)(1) disclosures by Friday, June
11 12, 2015, absent stipulation or order, prior to the due date for their respective responsive
12 pleadings;

13 WHEREAS the Parties understand and agree that sufficient time should be allowed for
14 TEST AMERICA to investigate the facts, issues, claims, documents and witnesses regarding the
15 alleged July 11, 2011 incident; to review the two years of pleadings already filed in the case and
16 the discovery already undertaken by and between other parties; to undertake other preliminary
17 steps in connection with the defense of the claims against them and to file responsive pleadings,
18 which could include motions to dismiss and/or strike some or all of the claims against each of
19 them in the First Amended Third Party Complaint, and that said efforts should be allowed to be
20 undertaken and said motion(s) should be heard before either party is required to serve Rule
21 26(a)(1) Initial Disclosures;

22 WHEREAS TEST AMERICA has requested a 90-day extension of time, to and including
23 September 10, 2015, by which to serve each of their respective Rule 26(a)(1) Initial Disclosures
24 in this Action and the Parties agree that such extension is reasonable and appropriate under the
25 circumstances; and

26 WHEREAS TEST AMERICA would be prejudiced absent the requested extension, but
27 no other party will be prejudiced if it is granted.

28 NOW THEREFORE, the Parties, and each of them, enter into the following Stipulation.

Gordon & Rees LLP
101 W. Broadway Suite 2000
San Diego, CA 92101

# **STIPULATION**

1. The Recitals are hereby incorporated by reference in this Stipulation.

2. The Parties hereby stipulate and agree to an extension of 90 days, to and including September 10, 2015, by which TEST AMERICA, respectively, shall serve its Federal Rule of Civil Procedure Rule 26(a)(1) Initial Disclosures in this Action.

Dated: June 11, 2015  GORDON & REES LLP

By: */s/ Brian M. Ledger*
Brian M. Ledger
Attorneys for Third-Party Defendant
TEST AMERICA LABORATORIES, INC.

Dated: June 11, 2015  ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LP

By: */s/ Kamran Javander*
Sandi L. Nichols
Kamran Javandel
Attorneys for Third-Party Defendant
GOOGLE INC.
(Electronic signature authorized by Mr. Javander)

Dated: June 11, 2015  CHOLAKIAN & ASSOCIATES

By: *Brian Ledger* (signature)
Kevin K. Cholakina
Brian J. Finn
James J. Ison
Attorneys for Plaintiff
CAROLINA CASUALTY INSURANCE COMPANY and Third-Party Defendant SMITH SYSTEMS TRANSPORTATION, INC.

Gordon & Rees LLP
101 W. Broadway Suite 2000
San Diego, CA 92101

Date:  June 11, 2015

DONGELL LAWRENCE FINNY LLP

By: *[signature]*

Joshua N. Levine
Christopher T. Johnson
Attorneys for Defendant and Third-Party Plaintiff PACIFIC COMMERCIAL SERVICES LLC

Dated:  June 11, 2015

BASSI EDLIN HUIE & BLUM LLP

By: *[signature]*

Farheena A. Habib
Attorneys for Defendant and Third-Party Complainant OAHU AIR CONDITIONING SERVICE, INC. dba OAHU AIR CONDITIONING CO.

Dated:  June 11, 2015

BURNHAM BROWN

By: *[signature]*

Alison F. Green
Thomas Michael Downey
Attorneys for Third-Party Defendant CLEAN HARBORS ENVIRONMENTAL SERVICES, INC.

Dated:  June 11, 2015

WACTOR & WICK LLP

By: *[signature]*

William D. Wick
Anna L. Nguyen
Attorneys for Third-Party Defendant KAISER PERMANENT VENTURES, LLC

**Gordon & Rees LLP**
101 W. Broadway Suite 2000
San Diego, CA 92101

Dated:  June 11, 2015                                        LYNCH AND SHUP, LLP

                                                             By:  *(signature)*
                                                             Linda J. Lynch
                                                             John A. Shupe
                                                             Eric Shiu
                                                             Attorneys for Third-Party Defendant
                                                             FOOTHILL DE ANZA COMMUNITY
                                                             COLLEGE DISTRICT

**IT IS SO ORDERED.**

Dated:  June 15, 2015

*(signature)*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Gordon & Rees LLP
101 W. Broadway Suite 2000
San Diego, CA 92101

/23862770v.1

-6-
Stipulation and Proposed Order for Extension to Make FRCP Rule 26(a)(1) to Initial Disclosures
Case No.: 2:13-cv-01378-WBS-AC