NOEL EDLIN, ESQ. (SBN 107796)
nedlin@behblaw.com
FARHEENA A. HABIB, ESQ. (SBN 243405)
fhabib@behblaw.com
BASSI, EDLIN, HUIE & BLUM LLP
500 Washington Street, Suite 700
San Francisco, CA 94111
Telephone:   (415) 397-9006
Facsimile:    (415) 397-1339

Attorneys for Defendant and Third-Party Plaintiff
OAHU AIR CONDITIONING SERVICE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINA CASUALTY INSURANCE COMPANY,<br><br>          Plaintiffs,<br><br>     vs.<br><br>OAHU AIR CONDITIONING SERVICE, INC. dba OAHU AIR CONDITIONING CO., PACIFIC COMMERICAL SERVICES, LLC., MATSON NAVIGATION COMPANY, INC., and DOES 1 through 100,<br><br>          Defendants.<br><hr>OAHU AIR CONDITIONING SERVICE, INC.<br><br>          Third-Party Plaintiff,<br><br>     vs.<br><br>CLEAN HARBORS ENVIRONMENTAL SERVICES, INC., SMITH SYSTEMS TRANSPORTATION, INC., KAISER PERMANENTE VENTURES, LLC, GOOGLE, INC., FOOTHILL-DE ANZA COMMUNITY COLLEGE DISTRICT, TEST AMERICA LABORATORIES, INC., & NEKTAR THERAPEUTICS<br><br>          Third-Party Defendants. | Case No. 2:13-cv-01378-WBS-AC<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL OF THIRD PARTY CLAIM BY OAHU AIR CONDITIONING SERVICE, INC. AS TO FOOTHILL-DE ANZA COMMUNITY COLLEGE DISTRICT**<br><br>1st Am. Complaint Filed: November 1, 2013<br>3d Party Complaint Filed: February 25, 2014<br>Trial Date:                           April 12, 2016 |

1329687

1

JOINT STIPULATION AND ORDER DISMISSING THIRD PARTY CLAIM

Third-Party Plaintiff, Oahu Air Conditioning Service, Inc. ("OAC") and Third-Party Defendant, Foothill-De Anza Community College District ("Foothill"), by and through their counsel of record, respectfully submit this Joint Stipulation for Dismissal pursuant to Federal Rule of Civil Procedure 41, subsection a (2). The parties agree that this Joint Stipulation disposes of the OAC's third party claim against Foothill and that each party shall bear their own attorneys' fees and costs.

Date: June 29, 2015          BASSI, EDLIN, HUIE & BLUM LLP

By: /s/ Farheena A. Habib

    FARHEENA A. HABIB
    Attorneys for Defendant and Third-Party Plaintiff
    OAHU AIR CONDITIONING SERVICE, INC.

Date: June 29, 2015          LYNCH AND SHUPE, LLP

By: /s/ Eric Shiu

    LINDA J. LYNCH
    JOHN A. SHUPE
    ERIC SHIU
    Attorneys for Third-Party Defendant
    FOOTHILL DE ANZA COMMUNITY
    COLLEGE DISTRICT

## **ORDER**

Having reviewed the Joint Stipulation set forth above, the Court hereby orders that the third party claim made by Oahu Air Conditioning Service, Inc. against Foothill-De Anza Community College District is dismissed and that each party shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: June 30, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE