Thomas M. Downey, State Bar No. 142096
tdowney@burnhambrown.com
David S. Wilgus, State Bar No. 219181
dwilgus@burnhambrown.com
BURNHAM BROWN
A Professional Law Corporation
1901 Harrison Street, 14th Floor
Oakland, California  94612
Telephone:     (510) 444-6800
Facsimile:     (510) 835-6666

Attorneys for Third Party Defendants
CLEAN HARBORS ENVIRONMENTAL SERVICES, INC.,
NEKTAR THERAPEUTICS, GOOGLE INC.,
KAISER PERMANENTE VENTURES LLC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINA CASUALTY INSURANCE COMPANY,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>OAHU AIR CONDITIONING SERVICE, INC. dba OAHU AIR CONDITIONING CO., PACIFIC COMMERCIAL SERVICES, LLC., MATSON NAVIGATION COMPANY, INC., and DOES 1 through 100,<br><br>　　　　　Defendants. | No. 2:13-cv-01378-WBS-AC<br><br>**STIPULATION AND ORDER TO EXTEND TIME<br>FOR CERTAIN THIRD PARTY DEFENDANTS TO ANSWER THE FIRST AMENDED THIRD PARTY COMPLAINT OF OAHU AIR CONDITIONING SERVICE, INC.<br>[L.R. 144(a)]**<br><br>Judge:  Hon. William Shubb<br><br>1st Am. Complaint Filed:  Nov. 1, 2013<br>Trial Date:  January 12, 2016 |
| OAHU AIR CONDITIONING, SERVICE, INC.<br><br>　　　　　Third Party Plaintiff,<br><br>v.<br><br>CLEAN HARBORS ENVIRONMENTAL SERVICES, INC.; SMITH SYSTEMS TRANSPORTATION, INC.; KAISER PERMANENTE VENTURES, LLC; GOOGLE, INC.; FOOTHILL-DE ANZA COMMUNITY COLLEGE DISTRICT; TEST AMERICA LABORATORIES, INC.; & NEKTAR THERAPEUTICS;<br><br>　　　　　Third-Party Defendants. | |
| AND RELATED ACTIONS | |

1
STIP & ORDER TO EXTEND TIME FOR CERTAIN 3RD PARTY DEFS TO　　　　No. 2:13-cv-01378-WBS-AC
ANSWER OAC'S 1ST AMND 3RD PARTY COMPLAINT

Pursuant to Civil Local Rule 144(a), Third Party Defendants CLEAN HARBORS ENVIRONMENTAL SERVICES, INC., NEKTAR THERAPEUTICS, and SMITH SYSTEMS TRANSPORTATION, INC. and Third Party Plaintiff OAHU AIR CONDITIONING SERVICE, INC., ("OAC") by and through their undersigned attorneys in the above-captioned civil proceeding, hereby file this Stipulation And [Proposed] Order To Extend Time for Third Party Defendants CLEAN HARBORS ENVIRONMENTAL SERVICES, INC., NEKTAR THERAPEUTICS, and SMITH SYSTEMS TRANSPORTATION, INC. to answer the First Amended Third Party Complaint ("Complaint") filed by OAC to July 24, 2015.

WHEREFORE, the parties have stipulated to an extension of time, through and including July 24, 2015, for CLEAN HARBORS ENVIRONMENTAL SERVICES, INC., NEKTAR THERAPEUTICS, and SMITH SYSTEMS TRANSPORTATION, INC. to answer the First Amended Third Party Complaint filed by OAC.  The purpose of this extension is to afford the parties additional time to meet and confer regarding resolution of matters alleged in the First Amended Third Party Complaint and avoid unnecessary motions.  It is agreed by the parties that if the meet and confer process results in a Second Amended Third Party Complaint, the parties will stipulate to filing of the agreed upon amended pleading. This extension is for less than thirty (30) days.

Counsel for Certain Third Party Defendants and Third Party Plaintiff OAC's counsel has authorized the filing of this Stipulation with an electronic signature.

DATED:  July 1, 2015                           BURNHAM BROWN


By  */s/ Thomas M. Downey*
THOMAS M. DOWNEY
Attorneys for Third Party Defendants
CLEAN HARBORS ENVIRONMENTAL
SERVICES, INC., NEKTAR THERAPEUTICS,
GOOGLE INC., KAISER PERMANENTE
VENTURES LLC.

DATED: July 1, 2015            CHOLAKIAN & ASSOCIATES

By *s/ Brian Finn "as authorized"*
   BRIAN FINN
   Attorneys for Plaintiff
   CAROLINA CASUALTY
   INSURANCE COMPANY
   and Third Party Defendant
   SMITH SYSTEMS TRANSPORTATION, INC.

DATED: July 1, 2015            BASSI, EDLIN, HUIE & BLUM LLP

By *s/ Farheena A. Habib "as authorized"*
   FARHEENA A. HABIB
   Attorneys for Defendant and
   Third Party Plaintiff
   OAHU AIR CONDITIONING SERVICE, INC.

**ORDER**

Pursuant to the above Stipulation between the parties, IT IS HEREBY ORDERED that the answer of Third Party Defendant CLEAN HARBORS ENVIRONMENTAL SERVICES, INC., NEKTAR THERAPEUTICS, and SMITH SYSTEMS TRANSPORTATION, INC., is due on or before July 24, 2015.

Dated: July 2, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

4830-6098-3333, v. 1