1   Thomas M. Downey, State Bar No. 142096
    tdowney@burnhambrown.com
2   David S. Wilgus, State Bar No. 219181
    dwilgus@burnhambrown.com
3   BURNHAM BROWN
    A Professional Law Corporation
4   1901 Harrison Street, 14th Floor
    Oakland, California  94612
5   Telephone:     (510) 444-6800

6   Attorneys for Third Party Defendants
    CLEAN HARBORS ENVIRONMENTAL SERVICES, INC.,
7   NEKTAR THERAPEUTICS, GOOGLE INC.,
    KAISER PERMANENTE VENTURES LLC.

8

9                       UNITED STATES DISTRICT COURT

10                     EASTERN DISTRICT OF CALIFORNIA

11  CAROLINA CASUALTY INSURANCE          No. 2:13-cv-01378-WBS-AC
    COMPANY,
12                                        **STIPULATION AND [~~PROPOSED~~]
                                          ORDER AUTHORIZING THIRD
13            Plaintiffs,                 PARTY PLAINTIFF OAHU AIR
                                          CONDITIONING SERVICE, INC.
14  v.                                    TO FILE SECOND AMENDED
                                          THIRD PARTY COMPLAINT**
15  OAHU AIR CONDITIONING SERVICE, INC.
    dba OAHU AIR CONDITIONING CO., PACIFIC   **[L.R. 144(a)]**
16  COMMERCIAL SERVICES, LLC., MATSON
    NAVIGATION COMPANY, INC., and DOES 1  Judge:  Hon. William Shubb
17  through 100,
                                          1st Am. Complaint Filed:  Nov. 1, 2013
18            Defendants.                 Trial Date:  April 12, 2016

19  ─────────────────────────────────
    OAHU AIR CONDITIONING SERVICE, INC.
20
              Third Party Plaintiff,
21
    v.
22
    CLEAN HARBORS ENVIRONMENTAL
23  SERVICES, INC.; SMITH SYSTEMS
    TRANSPORTATION, INC.; KAISER
24  PERMANENTE VENTURES, LLC; GOOGLE,
    INC.; FOOTHILL-DE ANZA COMMUNITY
25  COLLEGE DISTRICT; TEST AMERICA
    LABORATORIES, INC.; & NEKTAR
26  THERAPEUTICS;

27            Third-Party Defendants.
    ─────────────────────────────────
28  AND RELATED ACTIONS

1    Pursuant to Civil Local Rule 144(a), Third Party Defendants CLEAN HARBORS

2   ENVIRONMENTAL SERVICES, INC., SMITH SYSTEM TRANSPORTATION, GOOGLE

3   INC., KAISER PERMANENTE VENTURES LLC, NEKTAR THERAPEUTICS and TEST

4   AMERICA LABORATORIES, INC. (collectively "Third Party Defendants") and Third Party

5   Plaintiff OAHU AIR CONDITIONING SERVICE, INC., ("OAC") by and through their

6   undersigned attorneys in the above-captioned civil proceeding, hereby file this Stipulation And

7   [Proposed] Order Authorizing Third Party Plaintiff OAC to file and serve a Second Amended

8   Third Party Complaint.

9    Counsel for OAC and the Third Party Defendants have met and conferred through

10   written correspondence and telephone conferences regarding the allegations set forth in OAC's

11   First Amended Third Party Complaint and proposed motions to dismiss.  Through this

12   communication, the Parties agreed to the following stipulation:

13    Third Party Plaintiff OAC will file a Second Amended Third Party Complaint on or

14   before August 7, 2015 that addresses the pleading deficiencies identified by the Third Party

15   Defendants.

16    The responsive pleading of Third Party Defendants CLEAN HARBORS

17   ENVIRONMENTAL SERVICES, INC., SMITH SYSTEM TRANSPORTATION, INC.;

18   GOOGLE INC., KAISER PERMANENTE VENTURES LLC, NEKTAR THERAPEUTICS,

19   and TEST AMERICA LABORATORIES, INC. will be due fourteen (14) calendar days after the

20   Second Amended Third Party Complaint is filed.

21    The purpose of this extension is to avoid proposed motions challenging the First

22   Amended Third Party Complaint.  This extension is for less than thirty (30) days.

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

1    Counsel for Certain Third Party Defendants and Third Party Plaintiff OAC's counsel

2  have authorized the filing of this Stipulation with an electronic signature.

3  DATED: July 23, 2015                    BASSI, EDLIN, HUIE & BLUM LLP

4

5                                          By  *s/ Farheena A. Habib "as authorized"*
                                              FARHEENA A. HABIB
6                                             Attorneys for Defendant and
                                              Third Party Plaintiff
7                                             OAHU AIR CONDITIONING SERVICE, INC.

8

9  DATED: July 23, 2015                    BURNHAM BROWN

10

11                                         By */s/ Thomas M. Downey*
                                              THOMAS M. DOWNEY
12                                            Attorneys for Third Party Defendants
                                              CLEAN HARBORS ENVIRONMENTAL
13                                            SERVICES, INC., NEKTAR THERAPEUTICS,
                                              GOOGLE INC., KAISER PERMANENTE
14                                            VENTURES LLC.

15

16  DATED: July 23, 2015                   GORDON & REES

17

18                                         By */s/ Brian M. Ledger "as authorized"*
                                              BRIAN M. LEDGER
19                                            Attorneys for Third Party Defendant
                                              TEST AMERICA LABORATORIES, INC.
20

21
    DATED: July 23, 2015                   CHOLAKIAN & ASSOCIATES
22

23
                                           By  *s/ Brian J. Finn "as authorized"*
24                                            BRIAN J. FINN
                                              Attorneys for Plaintiff
25                                            CAROLINA CASUALTY
                                              INSURANCE COMPANY
26                                            and Third Party Defendant
                                              SMITH SYSTEMS TRANSPORTATION, INC.
27

28

STIPULATION & [PROPOSED] ORDER AUTHORIZING THIRD PARTY          No. 2:13-cv-01378-WBS-AC
PLAINTIFF TO FILE SECOND AMENDED THIRD PARTY COMPLAINT

**ORDER**

Pursuant to the above Stipulation between the parties, IT IS HEREBY ORDERED that Third Party Plaintiff OAC is authorized to file a Second Amended Third Party Complaint on or before August 7, 2015 that addresses the pleading deficiencies identified by the Third Party Defendants.

The responsive pleading of Third Party Defendants CLEAN HARBORS ENVIRONMENTAL SERVICES, INC., SMITH SYSTEM TRANSPORTATION, INC.; GOOGLE INC., KAISER PERMANENTE VENTURES LLC, NEKTAR THERAPEUTICS, and TEST AMERICA LABORATORIES, INC. will be due fourteen (14) calendar days after the Second Amended Third Party Complaint is filed.

Dated:  July 24, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

4833-7604-3814, v.  1