BRIAN M. LEDGER (SBN: 156942)
KARA PERSSON (SBN: 210582)
GORDON & REES LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124
bledger@gordonrees.com
kpersson@gordonrees.com

Attorneys for Third Party Defendant
TESTAMERICA LABORATORIES, INC.
(incorrectly named herein as "TEST AMERICA LABORATORIES, INC.")

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINA CASUALTY INSURANCE COMPANY,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>OAHU AIR CONDITIONING SERVICE, INC. dba OAHU AIR CONDITIONING CO., PACIFIC COMMERCIAL SERVICES, LLC, MATSON NAVIGATION COMPANY, INC., and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | CASE NO. 2:13-cv-01378-WBS-AC<br><br>**ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE AT THE DECEMBER. 14, 2015 HEARING ON TESTAMERICA LABORATORIES, INC.'S MOTION TO DISMISS SMITH SYSTEMS TRANSPORTATION, INC.'S THIRD PARTY COMPLAINT**<br><br>Date:　December 14, 2015<br>Time:　2:00 p.m.<br>Place:　Courtroom 5, 14th Floor |
| OAHU AIR CONDITIONING SERVICE, INC.,<br><br>　　　　Third-Party Plaintiff,<br><br>　vs.<br><br>CLEAN HARBORS ENVIRONMENTAL SERVICES, INC., SMITH SYSTEMS TRANSPORTATION, INC., KAISER PERMANENTE VENTURES, LLC, GOOGLE, INC., FOOTHILL-DE ANZA COMMUNITY COLLEGE DISTRICT, TEST AMERICA LABORATORIES, INC., & NEKTAR THERAPEUTICS,<br><br>　　　　Third-Party Defendants. | Am. Compl.:　　　　　　　Nov. 1, 2013<br>Am. 3rd Party Compl.:　　Apr. 28, 2015<br>Sec. Am. Third Party Comp.: Aug. 7, 2015<br>Trial:　　　　　　　　　Oct. 12, 2016 |

-i-

The Court has reviewed and hereby GRANTS TestAmerica Laboratories, Inc.'s ("TestAmerica") Request for Telephonic Appearance at the December 14, 2015 hearing on TestAmerica Laboratories, Inc.'s Motion To Dismiss Smith Systems Transportation, Inc.'s Third Party Complaint.

TestAmerica's counsel appearing at the hearing is:

Kara Persson

(619) 230-7460 (direct)

kpersson@gordonrees.com

The courtroom deputy shall email TestAmerica's counsel with instructions on how to participate in the telephone conference call.

SO ORDERED:

Dated:  December 10, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-ii-

Case No. 2:13-cv-01378-WBS-AC
[PROPOSED] ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE AT THE DECEMBER. 14, 2015 HEARING ON TESTAMERICA LABORATORIES, INC.'S MOTION TO DISMISS SMITH SYSTEMS TRANSPORTATION, INC.'S THIRD PARTY COMPLAINT

1107156/25996404v.1

Gordon & Rees LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101