UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINA CASUALTY INSURANCE COMPANY,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>OAHU AIR CONDITIONING SERVICE, INC. dba OAHU AIR CONDITIONING CO., PACIFIC COMMERICAL SERVICES, LLC., MATSON NAVIGATION COMPANY, INC., and DOES 1 through 100,<br><br>　　　　Defendants. | Case No. 2:13-cv-01378-WBS-AC<br><br>[~~PROPOSED~~] ORDER STIPULATION RE MODIFICATION OF THE MARCH 18, 2015, ORDER MODIFYING STATUS (PRETRIAL SCHEDULING) ORDER, AND OTHER DEADLINES; ORDER |

**ORDER**

In accord with the stipulation of the parties, and upon good cause showing, the June 1, 2015 Order Modifying Status (Pretrial Scheduling) Order ("Order") (Dkt. 146) is modified as follows, as authorized by ECF No. 121 para. 6:

1. The parties are required to disclose experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) by no later than April 29, 2016, and with regard to expert testimony intended solely for rebuttal on or June 1, 2016.

1296052

---

STIPULATION RE: MODIFICATION OF THE JUNE 1, 2015 SCHEDULING ORDER; ORDER

2. All discovery including depositions for preservation of testimony is to be completed by June 30, 2016, and all discovery motions heard (and any resulting orders obeyed) not later than June 30, 2016.

3. All other dates are to remain as set in the June 1, 2015 order.

Dated: February 29, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1296052

STIPULATION RE: MODIFICATION OF THE JUNE 1, 2015 SCHEDULING ORDER; ORDER