**Gordon & Rees LLP**
101 W. Broadway, Suite 2000
San Diego, CA 92101

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINA CASUALTY INSURANCE COMPANY,<br><br>    Plaintiffs,<br><br>vs.<br><br>OAHU AIR CONDITIONING SERVICE, INC. dba OAHU AIR CONDITIONING CO., PACIFIC COMMERCIAL SERVICES, LLC, MATSON NAVIGATION COMPANY, INC., and DOES 1 through 100, inclusive,<br><br>    Defendants.<br><br>OAHU AIR CONDITIONING SERVICE, INC.,<br><br>    Third-Party Plaintiff,<br><br>vs.<br><br>CLEAN HARBORS ENVIRONMENTAL SERVICES, INC., SMITH SYSTEMS TRANSPORTATION, INC., KAISER PERMANENTE VENTURES, LLC, GOOGLE, INC., FOOTHILL-DE ANZA COMMUNITY COLLEGE DISTRICT, TEST AMERICA LABORATORIES, INC., & NEKTAR THERAPEUTICS,<br><br>    Third-Party Defendants. | CASE NO.  2:13-cv-01378-WBS-AC<br><br>**ORDER GRANTING TESTAMERICA LABORATORIES, INC.'S REQUEST FOR TELEPHONIC APPEARANCE AT THE JULY 18, 2016 STATUS HEARING**<br><br>Date: July 18, 2016<br>Time: 1:30 p.m.<br>Place: Courtroom 5, 14th Floor<br><br>Am. Compl.:     Nov. 1, 2013<br>Am. 3rd Party Compl.:  Apr. 28, 2015<br>Sec. Am. Third Party Comp.: Aug. 7, 2015<br>Trial:        Oct. 12, 2016 |

-1-

The Court has reviewed and hereby GRANTS TestAmerica Laboratories, Inc.'s ("TestAmerica") Request for Telephonic Appearance at the July 18, 2016 status hearing in this matter.

TestAmerica's counsel appearing at the hearing is:

Kara Persson
(619) 230-7460 (direct)
kpersson@gordonrees.com

The courtroom deputy shall email TestAmerica's counsel with instructions on how to participate in the telephone conference call.

SO ORDERED:

Dated:  June 27, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**Gordon & Rees LLP**
101 W. Broadway, Suite 2000
San Diego, CA  92101

1107156/24115192v.1

-2-

Case No. 2:13-cv-01378-WBS-AC
[PROPOSED] ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE AT THE JULY 18, 2016 STATUS HEARING