**BOOTH LLP**
Joshua N. Levine (SBN 171840)
jlevine@BoothLLP.com
1849 Sawtelle Boulevard, Suite 500
Los Angeles, CA 90025
Telephone: (310) 641-1800
Facsimile: (310) 641-1818

Attorneys for Defendant, Third Party Defendant and Third Party Plaintiff,
PACIFIC COMMERCIAL SERVICES LLC

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINA CASUALTY INSURANCE COMPANY,<br><br>          Plaintiff,<br><br>     v.<br><br>OAHU AIR CONDITIONING SERVICE, INC. dba OAHU AIR CONDITIONING CO., PACIFIC COMMERCIAL SERVICES, LLC, MATSON NAVIGATION COMPANY, INC., and DOES 1 through 100,<br><br>          Defendants.<br>OAHU AIR CONDITIONING SERVICE, INC.,<br><br>          Third-Party Plaintiff,<br><br>     v.<br><br>CLEAN HARBORS ENVIRONMENTAL SERVICES, INC., SMITH SYSTEMS TRANSPORTATION, INC., KAISER PERMANENTE VENTURES, LLC, GOOGLE, INC., FOOTHILL-DE ANZA | Case No.: 2:13-CV-1378-WBS AC<br><br>**ORDER GRANTING PACIFIC COMMERCIAL SERVICES LLC's REQUEST FOR TELEPHONIC APPEARANCE AT THE JULY 18, 2016 STATUS HEARING**<br><br>Date:  July 18, 2016<br>Time:  1:30 p.m.<br>Place: Courtroom 5, 14th Floor<br><br><br>Am. Compl.:           November 1, 2013<br>Am. 3rd Party Compl:  April 28, 2016<br>Sec. Am. 3rd Pty Compl: Aug. 7, 2015<br>Trial:                October 12, 2016 |

1
[PROPOSED] ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE AT THE JULY 18, 2016 STATUS HEARING

COMMUNITY COLLEGE DISTRICT, TEST AMERICA LABORATORIES, INC., & NEKTAR THERAPEUTICS,

    Third-Party Defendants.

The Court has reviewed and GRANTS Pacific Commercial Services LLC's Request for Telephonic Appearance at the July 18, 2016 status hearing in this matter.

Pacific Commercial Services LLC's counsel appearing at the hearing is:

Joshua N. Levine

(310) 641-1800

JLevine@BoothLLP.com

The courtroom deputy shall email Pacific Commercial Services LLC's counsel with instruction on how to participate in the telephone conference call.

Dated:  July 6, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE