1  NOEL EDLIN, ESQ. (SBN 107796)
   nedlin@behblaw.com
2  FARHEENA A. HABIB, ESQ. (SBN 243405)
   fhabib@behblaw.com
3  BASSI, EDLIN, HUIE & BLUM LLP
   500 Washington Street, Suite 700
4  San Francisco, CA 94111
   Telephone:   (415) 397-9006
5  Facsimile:    (415) 397-1339

6  Attorneys for Defendant and Third-Party Plaintiff
   OAHU AIR CONDITIONING SERVICE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINA CASUALTY INSURANCE COMPANY, | Case No. 2:13-cv-01378-WBS-AC |
| Plaintiffs, | **ORDER GRANTING OAHU AIR CONDITIONING SERVICE, INC.'S REQUEST FOR TELEPHONIC APPEARANCE AT THE JULY 18, 2016 STATUS HEARING** |
| vs. | |
| OAHU AIR CONDITIONING SERVICE, INC. dba OAHU AIR CONDITIONING CO., PACIFIC COMMERICAL SERVICES, LLC., MATSON NAVIGATION COMPANY, INC., and DOES 1 through 100, | Date: July 18, 2016<br>Time   1:30 p.m.<br>Place: Courtroom 5, 14th Floor |
| Defendants. | |
| OAHU AIR CONDITIONING SERVICE, INC. | Am. Compl.:                November 1, 2013<br>Am. 3rd Party Compl:         April 28, 2016<br>Sec. Am. 3rd Party Compl:    August 7, 2015<br>Trial:                       October 12, 2016 |
| Third-Party Plaintiff, | |
| vs. | |
| CLEAN HARBORS ENVIRONMENTAL SERVICES, INC., SMITH SYSTEMS TRANSPORTATION, INC., KAISER PERMANENTE VENTURES, LLC, GOOGLE, INC., FOOTHILL-DE ANZA COMMUNITY COLLEGE DISTRICT, TEST AMERICA LABORATORIES, INC., & NEKTAR THERAPEUTICS | |
| Third-Party Defendants. | |

1680892

1

[PROPOSED] ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE AT THE JULY 18, 2016 STATUS HEARING

1 | The Court has reviewed and hearby GRANTS Oahu Air Conditioning Service, Inc.'s
2 | Request for Telephonic Appearance at the July 18, 2016 status hearing in this matter.
3 | Oahu's counsel appearing at the hearing is:

5 | Farheena Habib
6 | (415)403-4458
7 | fhabib@behblaw.com
8 | The courtroom deputy shall email Oahu's counsel with instructions on how to participate
9 | in the telephone conference call.
10 | SO ORDERED:

12 | Dated: July 6, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1680892